In the Matter of the Application of the VILLAGE OF TUPPER LAKE, NEW YORK, Petitioner, for an Order to Review a Determination of the Public Service Commission against MILO R. MALTBIE, GEORGE R. VAN NAMEE, GEORGE R. LUNN, NEAL BREWSTER and MAURICE C. BURRITT, Constituting the Public Service Commission of the State of New York, and the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and to certify questions denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ. [See *ante*, p. 1001.]

## FOURTH DEPARTMENT, JANUARY, 1940.
### (January 5, 1940.)

METROPOLITAN COMMERCIAL CORPORATION, Respondent, v. LARKIN CO., INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

JAMES H. JOHNSON, Appellant, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of LOUISE ZUBER, for a Determination as to Validity, Construction or Effect of the Disposition of Property Contained in the Will and Testament of KATHERINE KOCH, Also Known as CATHERINE KOCH, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 843.] Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

WILLIAM S. GOUINLOCK, Respondent, v. HENRY SZYMANSKI, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Respondent, v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

EARL HAUSS, Appellant, v. ROCHESTER BUTTON COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

AIRFLOW TAXI CORPORATION, Respondent, Appellant, v. C. I. T. CORPORATION, Appellant, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM ACKERS, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.